IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KEONNA YANTIZE WILLIAMS                                              PLAINTIFF


             v.              Civil No. 08-5144


SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
and LT. CARTER                                                       DEFENDANTS

### ORDER

NOW on this 29th day of March 2010, comes on for consideration the Report and Recommendation of the Magistrate Judge (document #37), filed on March 3, 2010, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report and Recommendation of the Magistrate Judge is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #37) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the **defendants' motion for summary judgment** (document #16) is **granted in part and denied in part**, as follows:

   *   the motion is **denied with respect to plaintiff's claim that he was housed in administrative segregation for impermissible reasons**; and,

   *   the motion is **granted with respect to plaintiff's claims**

**that he was discriminated against in regard to the use of the phone, the position of trustee, and the pat down search.**

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE