IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KEONNA YANTIZE WILLIAMS**                                                                    **PLAINTIFF**

    **v.**                          **Civil No. 08-5144**

**SHERIFF KEITH FERGUSON, ET AL.**                                                    **DEFENDANTS**

### O R D E R

NOW on this 18TH day of February 18, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 55), filed on January 13, 2011, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the defendants' supplemental motion for summary judgment is hereby **GRANTED** and this case is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                                 /s/ Jimm Larry Hendren
                                                 JIMM LARRY HENDREN
                                                 UNITED STATES DISTRICT JUDGE